UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAWRENCE RAY PITTMAN, SR. (#101703)

VERSUS

PATRICK WOODS, ET AL.

CIVIL ACTION

NO. 11-256-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 2, 2011 (doc. no. 23). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss is GRANTED and this action is DISMISSED.

Baton Rouge, Louisiana, this 24th day of January, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA